**A. ABRAMSON, alias ABIE ABRAHAMSON, etc., v. STATE OF FLORIDA.**

5 So. (2nd) 603                                              Division B
January 16, 1942

Benjamin Cohen, for appellant.

J. Tom Watson, Attorney General, Millard B. Conklin, Assistant Attorney General, and Woodrow M. Melvin, Special Assistant Attorney General, for appellee.

PER CURIAM:

The only questions presented in this appeal are the sufficiency of the evidence and the prejudice to the case of the defendant in certain remarks made by the county solicitor. A careful examination of the evidence convinces us that there was ample testimony to support the verdict of guilty found by the jury and we are convinced, too, that the objectionable remarks

on the part of the prosecutor were properly stricken by the court, consequently, the judgment is—

Affirmed.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.